**STATE of Missouri, Respondent,**

v.

**Keith E. WALKER, Appellant.**

**WD 78911**

Missouri Court of Appeals, Western District.

ORDER FILED: November 1, 2016

Rehearing Denied December 15, 2016

Laura Martin, Kansas City, MO, Counsel for Appellant

Daniel McPherson, Jefferson City, MO, Counsel for Respondent

Before Division One: Thomas H. Newton, P.J., Cynthia L. Martin, and Edward R. Ardini, Jr., JJ.

### ORDER

Per Curiam:

Mr. Keith E. Walker appeals his conviction in Jackson County Circuit Court, following a bench trial, of four counts of forcible sodomy, § 566.060, one count of forcible rape, § 566.030, and one count of child molestation in the second degree, § 566.068, for which he was concurrently sentenced to a total of twenty-five years of imprisonment in the Department of Corrections.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).